

MR

RECEIVED AW
6/4/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATE DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**JEFFREY L. CRAWFORD,**
          **Plaintiff.**

**VS.**

**FLOYD INC., HOLDING INC
JORDAN, TRYTIME TRANSPORT
LLC., WINDY CITY NATIONAL
TRANS INC., ROCKET EXPEDITING et al.**
          **Plaintiff.**

**CASE NO:**

**1:26-cv-06626
Judge Matthew F. Kennelly
Magistrate Judge Maria Valdez
RANDOM / Cat. 2**

## CIVIL COMPLINT

COME NOW, Plaintiff Jeffrey L. Crawford appearing pro se, and states: Plaintiff is an

Interstate truck driver with over three (3) years and seven (7) months of experience in the

transportation industry.  Plaintiff brings this action against Defendants for breach of

contract, fraud, wage violations, and unlawful business practices, arising from a lease-

purchase trucking scheme that resulted in substantial financial loss and unpaid work

compensation.   Plaintiff Jeffrey L. Crawford is a resident of the State of Georgia and holds a

valid CDL Class A license.  Defendants Super Ego Holding is a company engaged in the

trucking and lease-purchase programs.  Defendants Flody Inc., Jordan, Trytime  Transport

LLC., Windy City National Trans Inc., Rocket Expediting and Twin Carrier LLC are affiliated

trucking and logistics entities operating under common ownership and control. Upon

information and belief, these Defendants operate as an integrated enterprise, sharing drivers, dispatch, and management.

## JURISDICTION AND VENUE

This Court has jurisdiction under: 28 U.S.C. 1332 (Diversity Jurisdiction) 29 U.S.C. 216(b)(FLSA) 49 U.S.C. 14704(a)(2) (Truth in Leasing Act). Venue is proper in this District because Defendants operate and recruit drivers within Illinois.

## FACTUAL ALLEGATIONS

Plaintiff entered into a Lease Agreement with Defendant Super Ego Holding. Under this agreement. Plaintiff was to receive 88% of the revenue from each load transport. From January 2023 through May 16, 2025, Plaintiff worked under the direction and control of Defendants. Plaintiff had exclusive possession and use of the 3231truck at this time, as required under federal leasing regulation. Defendants controlled dispatch and routes.

Assigned loads

Managed operational decisions

Plaintiff was not paid for extended periods over 13 months, including months of unpaid labor law. Plaintiff paid substantial amounts toward the truck and expenses, that has exceeding $100,000. Plaintiff operated multiple defective trucks, incurring repeated losses without being reimbursement. On May 16, 2025, after completing a delivery and was

promise to pay me for that load, which I never received from this day, then Defendants repossessed the truck without any written notice, nor no justification, or legal process.

## FRAUDULENT SCHEME

Defendants engaged in a widespread scheme to defraud drivers. Defendants advertised lease-purchase opportunities promising: High earnings, 88% revenue share. Drivers, including Plaintiff traveled to Illinois at their own expense. Defendants: Altered broker's loads confirmation documents, reduced load rates without disclosure, paid drivers less then promised. Defendants concealed true load values and issued false or altered documentation. This conduct constitutes fraud, misrepresentation, and deceptive business practices.

## FEDERAL AND STATE VIOLATIONS

Defendant's conduct violates: Truth in Leasing Act (49 U.S.C. 14704), Fair Labor Standards Act (29 U.S.C 216(b), Illinois Consumer Fraud Act (815 ILCS 505/10a), CLASS / COLLECTIVE ACTION ALLEGATIONS.

Plaintiff brings this action as a putative class and collective action under: Federal Rule of Civil Procedure 23(b)(3) FLSA collective action provisions. Other similarly situated drivers were subjected to the same illegal scheme: Lease agreement, payment schemes, documents manipulation.

**CLAIMS FOR RELIEF**

COUNT I – Breach Of Contract $50,000 dollars

Defendants failed to pay agreed compensation and unlawfully repossessed equipment.

$100,000 dollars

**COUNT II – FRAUD** $100,000 dollars

Defendants misrepresent pay, altered documents, and induced reliance.

**COUNT III – Violation** Of FLSA $100,000 dollars

Defendants failed to properly compensate Plaintiff for labor performed, and refuse to send

plaintiff's 1099 form to file his income tax for 2025.

**COUNT IV – Truth In Leasing Act Violations** $100,000

Defendants failed to disclose required financial information and altered compensation

terms.

**COUNT V – Illinois Consumer Fraud Act** $60,000 dollars

Defendants engaged in deceptive and unfair practices, need to pay Court Cost and Fees a

total of $510,000 five hundred ten thousand to plaintiff.

**COUNT VI – Illinois Wage Payment Act**

Defendants withheld earned wages unlawfully.

**COUNT VII – Civil Conspiracy**

Defendants acted together to carry out a scheme to defraud drivers.

WHEREFORE, Plaintiff respectfully requests: Compensatory damages $100,000 dollars.

Unpaid of wages and earnings $100,000 dollars. Return of funds paid toward trucks $100,000 dollars. Punitive damages $100,000 dollars. Class certification $50,000 dollars. Court Cost and fees, and any other relief the Court deems just and proper.

**JURY TRIAL DEMAND**

Respectfully

Submitted,

Jeffrey L. Crawford pro se

5887 Cabanne Ave.

St. Louis, MO 63112

Please allow me to file electronically.

# **Certificate of Service**

I Jeffrey L. Crawford pro se hereby certify that on *May 13, 2026*

is a statement that is true and correct to the best of my knowledge that verifies that a

copy of a document was sent to the other party, it's required by U.S. mailed certify 45

CFR 81.36.

Clerk Office of the court

219 South Dearborn St.

Chicago, IL 60604

Aleksandar Mimic

677 N. Larch Ave.

Elmhurst, IL 6026

*Respecfully submitted*
*Jeffrey K. Crawford Attorey Unknown*

FROM:

Jeffrey L. Crawford
5887 Cabanne Ave
St. Louis MO 63112

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**

9589 0710 5270 3530 9949 76

Retail

U.S. POSTAGE PAID
FCM LG ENV
TRAVELERS REST, SC 29690
MAY 13, 2026

60604

**$12.42**

RDC 99

S2322T501035-7

TO:

Clerk Office of the Court
219 South Dearborn St.
Chicago, IL 60604

RECEIVED

JUN 0 4 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

06042603558

Utility M
10 1/2"

eadyPost.